In the INTEREST OF: E.E.O.

**Juvenile Officer, Respondent,**

v.

**E.A.O. (Natural Father), Appellant.**

WD 79954

Missouri Court of Appeals, Western District.

ORDER FILED: March 14, 2017

Joleene V. Simmons, Nevada, MO, for Respondent,

Brandon B. Fisher, Nevada, MO, for Appellant.

Before Division Three: Karen King Mitchell, Presiding Judge, and Victor C. Howard and Gary D. Witt, Judges

## Order

Per Curiam:

E.A.O. (Father) appeals the judgment of the Juvenile Court of Vernon County, terminating his parental rights to his son, E.E.O. Finding no error, we affirm. Rule 84.16(b).